UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KAYLA AZPEITIA,
on behalf of herself and all others similarly situated,

Plaintiff,

v.

EMPLOYMENT ADVOCATES GROUP LLC,

Defendant.

CASE NO. _____

COLLECTIVE ACTION
JURY DEMAND

**CONSENT TO OPT-IN AND BECOME PARTY TO
COLLECTIVE ACTION UNDER 29 U.S.C. § 216 AND STATE LAWS**

I hereby consent to opt-in to become a plaintiff and participate in and be bound by

decisions in this representative action pursuant to 29 U.S.C. § 216(b) and applicable Virginia

state laws, including VA Code § 40.1-29(J).

Kayla Azpeitia (Dec 14, 2023 16:33 EST)
_____
Signature

Kayla Azpeitia
_____
Printed Name