

**EMPLOYMENT ADVOCATES GROUP**

06/12/2023

Kayla Azpeitia

Dear Kayla:

I am pleased to offer you the position of Vocational Counselor. In this role, you will report directly to Amanda McCarty, Team Leader in our EAG offices at 7001 Heritage Village Plz, Ste 245, Gainesville, Virginia, 20155. Your start date is scheduled for 06/26/2023

This is a Part-Time NONEXEMPT position a starting base wage of $18.50 PER HOUR paid biweekly.

Employees who work 19 hours per week are eligible for AFLAC. All employees are eligible to utilize our Employee Assistance Program. Employees working more than 30 hours per week are eligible to participate in our healthcare, dental, and vision plan. EMPLOYMENT ADVOCATES GROUP pays 65% of your medical benefit premiums. After 90 days of satisfactory job performance, you are eligible to participate in EMPLOYMENT ADVOCATES GROUP's leave package program. All employees are eligible for for the 401K plan and 4% matching after 90 days of satisfactory job performance. All employees are eligible for the Employee Referral Program.

This job offer is contingent upon completion of a satisfactory background check, successfully completing all mandatory trainings in the required timeframe and satisfactory reference checks.

Your first week will include an orientation, including completing employment forms, introduction to management and touring the premises. Please bring appropriate documentation for the completion of your new-hire forms, including proof of automobile insurance and proof that you are presently eligible to work in the United States for I-9 Form purposes. Failure to provide appropriate documentation within three days of hire will result in immediate termination of employment in accordance with the terms of the Immigration Reform and Control Act.

*We invest in our employees and pay for all required trainings. Resigning or being terminated prior to six months of employment will require prorated payback of trainings deducted from your last pay up to $1000 per the training worksheet.*

Please indicate your acceptance of our offer by signing below and returning one copy of the letter, with your original signature, to Shabnam Oriah, shabnam@employmentadvocates.org no later than 06/26/2023. If you have any questions about this offer, please contact Kenny Emberton, Director of Operations, at 703-257-7000 or kenny@employmentadvocates.org.

We look forward to having you as part of our team and believe you will find this opportunity both challenging and rewarding.

Sincerely,

Pamela B. Lucas
Chief Executive Officer



## ACKNOWLEDGEMENT

I have read and understood the provisions of this offer of employment, and I accept the above conditional job offer.

I understand that my employment with EMPLOYMENT ADVOCATES GROUP is considered "at will", meaning that either the company or I may terminate this employment relationship at any time with or without cause or notice.

This offer shall remain open until 06/26/2023. Any acceptance postmarked after this date will be considered invalid.

Upon acceptance, please provide your DOB for onboarding process: ███ / ███████

Print Name: Kayla Azpeitia

Signature: /s/ Kayla

Date: 06/25/2023

**EMPLOYMENT ADVOCATES GROUP**
7001 Heritage Village Plaza, Suite 245, Gainesville, Virginia 20155 | Phone: 703-257-7000| | Fax: 703-257-7002
www.employmentadvocates.org