
**EMPLOYMENT ADVOCATES GROUP**

EMPLOYMENT ADVOCATES GROUP strives to keep costs reduced for our staff: however, there are some costs that are expensive for the agency when employees leave the organization within six months or lose company property. For this reason, EMPLOYMENT ADVOCATES GROUP has designed an employee payback for specific items below. Trainings are repaid to the company if the employee resigns or is terminated within six months of hire by payroll deduction and/or bill. Further, training certificates are not released if the training was completed under six months prior or the amount below is not paid in full to the company.

|  |  | Date Completed (Y/N) |
|---|---|---|
| Lost company car key | $100 |  |
| Lost/damaged phone | $100 |  |
| Lost/damaged Mac computer | $1400 |  |
| Lost/damaged Chromebook | $250 |  |
| CPR/First Aide Training | $100 |  |
| Therapeutic Options Training | $200 |  |
| Other Required Trainings | $700 |  |

_____
Employee Signature

06/29/2023
Date

SO
_____
Manager Signature

06-29-23
Date