UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

KAYLA AZPEITIA,
on behalf of herself and all others similarly situated,

                Plaintiff,

v.

EMPLOYMENT ADVOCATES GROUP LLC,

                Defendant.

CASE NO. 1:23-cv-01742-DJN

**JOINT MOTION FOR APPROVAL OF
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Plaintiff Kayla Azpeitia ("Plaintiff") and Defendant Employment Advocates Group LLC ("Defendant") (collectively, the "Parties"), jointly file this Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice ("Motion"), requesting that the Court (1) approve the Parties' Settlement Agreement, filed as Exhibit 1 to this Motion, and (2) dismiss the Action with Prejudice, while retaining jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994). The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support. The Parties agree that the terms set forth in the Settlement Agreement are fair and reasonable and that no hearing before the Court is needed or requested.

                                                                            Respectfully submitted,

*Counsel for Plaintiff Kayla Azpeitia:*

/s/Timothy Coffield
Timothy Coffield (VSB No. 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com

/s/Matthew Sutter
Matthew T. Sutter, Esq., VSB 66741
Sutter & Terpak, PLLC
7540 Little River Turnpike, Suite A
Annandale, VA 22003
Telephone: (703) 256-1800
Facsimile: (703) 991-6116
matt@sutterandterpak.com

*Counsel for Defendant Employment Advocates Group LLC:*

/s/Micah E. Ticath
Micah E. Ticatch (VSB 83351)
IslerDare, P.C.
1945 Old Gallows Rd., Ste 650
Vienna, Va. 22182
mticatch@islerdare.com
(703) 663-1308

2

## CERTIFICATE

I HEREBY CERTIFY that on April 18, 2024 the foregoing was filed using the Court's ECF system which will send electronic notice of the same to all counsel of record.

*/s/ Timothy Coffield*
