# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

KAYLA AZPEITIA,
on behalf of herself and all others similarly situated,

                Plaintiff,

v.

                CASE NO. 1:23-cv-01742-DJN

EMPLOYMENT ADVOCATES GROUP LLC,

                Defendant.

## [PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

After a review of the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice and the Settlement Agreement and Release ("Settlement Agreement") the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore this _____ day of _____, 2024 Ordered and Adjudged as Follows:

    1.    The Settlement Agreement is APPROVED in its entirety; and

    2.    IT IS FURTHER ORDERED that this case be and is DISMISSED <u>with</u> Prejudice and <u>without</u> any award of attorney fees or costs, except as provided in the approved Settlement Agreement. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

                                        _____
                                        United States District Judge