**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **KAYLA AZPEITIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:23-cv-01742-DJN-WEF |
| | ) |
| **EMPLOYMENT ADVOCATES GROUP, LLC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., hereby enters his appearance in the above-titled action on behalf of Defendant Employment Advocates Group, LLC.  I certify that I am admitted to practice in this Court.

Dated: April 25, 2024

Respectfully submitted,

 /s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com

*Counsel for Defendant Employment Advocates Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy of the foregoing upon the following:

> Matthew Thomas Sutter, Esq.
> Sutter & Terpak, PLLC
> 7540A Little River Turnpike
> First Floor
> Annandale, VA 22003
> Phone: 703-256-1800
> Fax: 703-991-6116
> matt@sutterandterpak.com
>
> Timothy Lawrence Coffield
> Coffield PLC
> 106F Melbourne Park Circle
> Charlottesville, VA 22901
> (434) 218-3133
> Fax: (434) 321-1636
> Email: tc@coffieldlaw.com
>
> *Pro se Plaintiff Kayla Azpeitia*

> /s/ Micah E. Ticatch
> Micah E. Ticatch, Va. Bar No. 83351
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> mticatch@islerdare.com
>
> *Counsel for Defendant Employment Advocates Group, LLC*