**CIVIL FINAL SETTLEMENT APPROVAL HEARING**
**MINUTE SHEET**                                              DATE: May 10, 2024

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| KAYLA AZPEITIA<br>v.<br><br>EMPLOYMENT ADVOCATES GROUP LLC | Case No.: 1:23cv1742 (DJN)<br><br>Judge: David J. Novak<br><br>Court Reporter:   Stephanie Austin, OCR |

MATTER COMES ON FOR: Final Settlement Approval Hearing

    Final Settlement Approval Hearing held. Per counsel there are no objectors and there are no objectors present. Terms of settlement and attorney's fees reviewed.   Attorney fees approved and findings placed on record. Factual findings made by the Court and settlement approved. Final order to enter.

Matthew T. Sutter and Timothy L. Coffield
Counsel for Plaintiff:

Micah E. Ticatch
Counsel for Defendants:

SET: 2:00            BEGAN:  2:00            ENDED    2:03            Time in Court: 03